139314

RECEIVED
BY MAIL
MAR 18 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 0:02-CV-423JRT/FLN ~~4th Division~~ Case Title: Transportation Insurance Co. et al. v. The Washington Mint, LLC et al.

**Affidavit of Movant**

I, Charles E. Gillin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Andrew Butz, an attorney admitted to practice in the __________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Plaintiffs in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 35038 Date 3-15-02

**Affidavit of Proposed Admittee**

I, Andrew Butz, am currently a member in good standing of the U.S. District Court for the __________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Andrew Butz Signature: [signature] Date 3/1/02

Attorney License Number: 933473

Law Firm Name & Address: Bonner Kiernan Trebach & Crociata
1250 Eye Street, N.W.; Suite 600
Washington, DC 20005

Telephone: (202) 712-7000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date MAR 18 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______