UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA, FOURTH DIVISION
COURT FILE NO. 0: 02-CV-423 JRT/FLN

TRANSPORTATION INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY,

Plaintiffs,

v.

THE WASHINGTON MINT, LLC, SUVON LIMITED PARTNERSHIP, NOVUS MARKETING, INC., THOMAS BROKL, HENRY COUSINEAU III, SCOTT JAGODZINSKI and DAMIAN TOPOUSIS,

Defendants.

***STIPULATION OF DISMISSAL WITH PREJUDICE***

The above-entitled action, having been fully compromised and settled **IT IS HEREBY STIPULATED** by and between the parties thereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice and without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that, without further notice, the Court may enter a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

BY: ______________________
CHARLES E. GILLIN
Attorneys for Plaintiffs
8519 Eagle Point Blvd
Suite 100
Lake Elmo, MN 55042
651-290-6500
ATTORNEY I.D. NO: 35083

GISLASON, MARTIN & VARPNESS, P.A.

BY: ______________________
JAMES T. MARTIN
Attorneys for Defendants
7600 Parklawn Avenue South
Suite 444
Minneapolis, MN 55435
952-831-5793
ATTORNEY I.D. NO: 68044

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS ORDERED that judgment of dismissal with prejudice be entered in accordance with the foregoing Stipulation.

Dated this 19th day of August, 2002.

JUDGE OF UNITED STATES DISTRICT COURT